[Nos. 18809-1-II; 19557-7-II.  Division Two.  April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN D. MCKENZIE, *Appellant*.

Appeal from judgments of the Superior Court for Lewis County, No. 94-1-00207-9, David R. Draper, J., entered February 1, 1995 and October 26, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 18872-4-II.  Division Two.  April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CRISTIAN JOB HERNANDEZ DELBOSQUE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 93-1-00256-4, James B. Sawyer II, J., entered October 10, 1994. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 18989-5-II.  Division Two.  April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ANTHONY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00125-5, George L. Wood, J., entered December 19, 1994. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 19451-1-II.  Division Two.  April 25, 1997.]

DARCI LYONS, ET AL., *Respondents*, v. KEVIN BAUMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-00514-0, Thomas R. Sauriol, J., entered April 7, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.